DG/MGD:AJE
F. #2018R01917

**FILED**
3:14 pm, Jul 15, 2022
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

MICHAEL VAX,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

NOTICE OF MOTION

**1:22-cr-00324(BMC)(PK)**

Criminal Docket No. \_\_\_\_-\_\_\_\_(\_\_\_\_)

      PLEASE TAKE NOTICE that the undersigned will move this Court, before a judge to be assigned, for leave to file an information upon the defendant MICHAEL VAX's waiver of indictment pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    Brooklyn, New York
           July 15, 2022

                                        BREON PEACE
                                        United States Attorney
                                        Eastern District of New York

                    By:    */s/ Andrew J. Estes*
                             Andrew J. Estes
                             Trial Attorney, Fraud Section
                             (718) 254-6250

Cc:    Clerk of the Court
        Robert Soloway, Esq.