# Exhibit A




21 C000002375142
221101034741861



This card indicates that the pictured patient or caregiver is registered in the Medical Marijuana Use Registry. All patients and caregivers must have a Medical Marijuana Use Registry Identification card to possess, purchase, or use low-THC cannabis or medical marijuana.
Marijuana remains illegal under federal law.
The Medical Marijuana Use Registry can be accessed at:
https://mmuregistry.flhealth.gov/
The Office of Medical Marijuana Use can be reached by visiting:
http://floridahealth.gov/OMMU



04/15/1958