# Exhibit B



U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 7, 2022

**VIA ECF**

Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

  Re: *United States v. Roberto Sanchez*, 19 Cr. 820 (RA)

Dear Judge Abrams:

  The Government writes in accordance with the Court's November 4, 2022 order instructing the Government to advise the Court of its position with respect to the defendant's request to allow the use of marijuana for medical purposes during his term of supervised release. The Government conferred with Supervisory Probation Officer Hillel Greene earlier today and can report the following:

  As a general rule, the Probation Department ("Probation") does not oppose a supervisee's use of marijuana for legitimate medical reasons. However, when the defendant tested positive on September 22, 2022, he was not in possession of a valid medical marijuana prescription and was unable to articulate why the use of marijuana was medically necessary. As a result, Probation opposed the defendant's travel request because he was not technically in compliance with the terms of his supervised release notwithstanding the issuance of a medical prescription for the defendant's use of marijuana after his initial positive test. Nevertheless, to the extent the defendant maintains enrollment in the medical marijuana program for a legitimate medical purpose, neither Probation nor the Government oppose the defendant's request to allow the use of marijuana for medical purposes during his term of supervised release.

With the consent of the Government and the Probation Department, Mr. Sanchez may use marijuana so long as he maintains enrollment in the medical marijuana program and provides his Probation Officer with proper authorization.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
November 7, 2022

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____
  Dominic A. Gentile
  Assistant United States Attorney
  (212) 637-2567

cc: Paula Notari, Esq., Counsel for Defendant (Via ECF)