# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP
Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman  
Jeremy Schneider  
Robert A. Soloway  
David Stern

Rachel Perillo

Tel: (212) 571-5500  
Fax: (212) 571-5507

September 25, 2024

BY ECF

Honorable Brian M. Cogan  
United States District Court  
225 Cadman Plaza East  
Brooklyn, New York 11201

    Re: United States v. Michael Vax  
      22 Cr. 324 (BMC)

Dear Judge Cogan:

  I write without objection of the government to respectfully request an extension of the October 17 sentencing date in this matter to November 19, 2024, or to a date thereafter convenient to the Court. Mr. Vax currently resides on release conditions with his wife in southern Florida. He is in compliance with his conditions which have been in place since the date of his surrender and guilty plea on September 23, 2022. I am in the process of working with my client and his large family to gather information and documents relevant to sentence, but am not at this time in a position to present Mr. Vax's sentencing case to the Court, though I am working diligently to do so.

  For these reasons, this brief continuance is needed so that your Honor will be in possession of centrally important information about the defendant and offense at the time of sentence. Should the Court require additional information regarding this application, it is respectfully requested that the parties be notified.

            Sincerely,

            *Robert A. Soloway*

            Robert A. Soloway

cc: AUSA Arun Bodapati (by ECF)  
RAS/sc