# Exhibit A



**3028 Coney Island Avenue**
**Brooklyn, NY 11235**
**Tel (718) 332-0077  Fax (347) 374-3070**
**e-mail: office@stonetributes.com**
**Website: STONETRIBUTES.COM**

3/6/2025

Dear Michael Vax,

Please be advised that a monument for your parents has been manufactured.
Monument is located in our Brooklyn warehouse.

In order to erect the monument on the cemetery the following steps need to be completed:

1. We have to remove your father's old (damaged) monument from the cemetery plot.
    We will do it in April (weather permitting).

2. Cemetery have to build a foundation.
    Normally cemetery starts doing foundations in May (weather permitting)

3. Once the foundations is ready it will take us 2-3 weeks to erect a monument.

To summarize:
**If weather cooperates, the monument will be ready for an unveiling in the first decade of June 2025.**

Feel free to call if you have any questions.

Respectfully,

*[signature]*
Vadim Tsipenyuk
President



