

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

AB
F. #2018R01917

September 2, 2025

By ECF

The Honorable Brian M. Cogan
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

        Re:    United States v. Michael Vax,
                Criminal Docket No. 22-324 (BMC)

Dear Judge Cogan:

      The government respectfully submits this letter to request clarification of the January 14, 2025 Judgment entered in the above-captioned case. See ECF No. 28. Because page 6 of the Judgment does not presently specify a payee to receive restitution, the government respectfully requests that the Judgment be amended to reflect that the payee for the $5,067,936 restitution amount ordered against the defendant is as follows:

        Centers for Medicare and Medicaid Services
        Division of Accounting Operations
        P.O. Box 7520
        Baltimore, MD 21207-0520

      The parties' plea agreement previously identified Medicare as the recipient of the agreed-upon restitution amount, and the government notes that clarification of the Judgment will not affect the defendant's substantive obligations. The government has conferred with Robert Soloway, who stated that he no longer represents the defendant and is unaware of whether the defendant has hired new counsel.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney
Eastern District of New York


By:   /s/
      Arun Bodapati
      Trial Attorney
      Criminal Division, Fraud Section
      U.S. Department of Justice